UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DOCKET NO. 3:17CR114-RJC |
| | ) | |
| ROBERT M. BOSTON, et al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF RELIANCE PURSUANT TO FED. R. EVID. 902**

NOW COMES the United States of America, by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, who hereby gives notice pursuant to Rule 902 of the Federal Rules of Evidence, that the United States may seek to admit some or all of the following documents, all of which have been previously provided to defendants, using the certifications identified below.

| Certificate | Documents |
|---|---|
| USA-00000088<br>Aquesta Bank | As described in Certificate and produced in the range USA-00000089 to USA-00000954 |
| USA-00880191<br>Aquesta Bank | As described in Certificate and produced in the range USA-00795107 to USA-00795188 |
| USA-00000955<br>AT&T | As described in Certificate produced in the range USA-00000956 to USA-00001788 |
| USA-00004337<br>Bank of America | As described in Certificate and produced in the range USA-00004338 to USA-00004878 |
| USA-00004879<br>Bank of America | As described in Certificate and produced in the range USA-00004880 to USA-00006386 |
| USA-00795189<br>Branch Banking and Trust (BB&T) | As described in Certificate and produced in the range USA-00795190 to USA-00796433 |

| | |
|---|---|
| USA-00795256<br>Branch Banking and Trust (BB&T) | As described in Certificate and produced in the range USA-00795257 to USA-00795383 |
| USA-00795384<br>Branch Banking and Trust (BB&T) | As described in Certificate and produced in the range USA-00795385 to USA-00796518 |
| USA-00006797<br>Citibank, N.A. | As described in Certificate and produced in the range USA-00006798 to USA-00007001 |
| USA-00880835<br>Community One Bank NA | As described in Certificate and produced in the ranges:<br>USA-00007002 to USA-0007949<br>USA-00811206 to USA-00811998 |
| USA-00007950<br>Community One Bank NA | As described in Certificate and produced in the range USA-00007951 to USA-00011519 |
| USA-00011520<br>Community One Bank NA | As described in Certificate and produced in the range USA-00011521 to USA-00011534 |
| USA-00011535<br>Community One Bank NA | As described in Certificate and produced in the range USA-00011536 to USA-00012368 |
| USA-00073343 to USA-00073347<br>Federal Deposit Insurance Corporation | As described in Certificate and produced in the range USA-00073348 |
| USA-00000001<br>Fence IT LLC & Bridge Properties Group, LLC | As described in Certificate and produced in the range USA-00000002 to USA-00000087 |
| USA-00073323<br>First Citizens Bank | As described in Certificate and produced in the range USA-00073324 to USA-00073341 |
| USA-00108816<br>Green Bank NA | As described in Certificate and produced in the range USA-00108817 to USA-00108895 |
| USA-00880732<br>Harvard Business Services Inc. | As described in Certificate and produced in the range USA-00108896 to USA-00110385 |
| USA-00880197 to USA-00880201<br>Internal Revenue Service | No corresponding documents. Certificate is a certification of lack of record |
| USA-00413453<br>MUFG Union Bank, N.A. | As described in Certificate and produced in the range USA-00413454 to USA-00413496 |
| To be produced<br>PayPal | As described in Certificate and produced in the range USA-00413454 to USA-00429677 |
| USA-00429678<br>Peoples Bank | As described in Certificate and produced in the range USA-00429530 to USA-00429764 |

| | |
|---|---|
| USA-00429926<br>PNC Bank, NA | As described in Certificate and produced in the range USA-00429927 to USA-00430038 |
| USA-00432808<br>SRS Title Services | As described in Certificate and produced in the range USA-00432809 to USA-00432997 |
| USA-00432998<br>SRS Title Services | As described in Certificate and produced in the range USA-00432999 to USA-00433187 |
| USA-00433188<br>Thomas & Godley | As described in Certificate and produced in the range USA-00433189 to USA-00434627 |
| USA-00434760<br>Total Title & Escrow | As described in Certificate and produced in the range USA-00434761 to USA-00435019 |
| USA-00435020<br>Total Title & Escrow | As described in Certificate and produced in the range USA-00435021 to USA-00435279 |
| USA-00880731<br>Trustco Bank | As described in Certificate and produced in the range USA-00434628 to USA-00434759 |
| USA-00880748<br>Wells Fargo Bank, N.A. | As described in Certificate and produced in the range USA-00435531to USA-00438317 |
| USA-00438318 to USA-00438319<br>Wells Fargo Bank, N.A. | As described in Certificate and produced in the range USA-00438320 to USA-00438332 |
| USA-00438333<br>Woodforest National Bank | As described in Certificate and produced in the range USA-00438334 to USA-00438417 |
| USA-00880194 to USA-00880195<br>GoDaddy.com, LLC | As described in Certificate and produced in the ranges:<br><br>USA-00073369 to USA-00108815;<br><br>USA-00812138 to USA-00850546; and<br><br>USA-00851456 to USA-00880190 |

Dated: November 20, 2017

JILL WESTMORELAND ROSE
UNITED STATES ATTORNEY

**/s/ *Daniel Ryan***
Assistant United States Attorney
IL Bar Number: 6279737
United States Attorney's Office
227 West Trade Street, Ste. 1650
Charlotte, North Carolina 28202

Telephone: (704) 344-6222  
Fax: (704) 344-6629  
E-mail: daniel.ryan@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November, 2017, the foregoing was served upon the defendants herein through their attorneys of record via electronic filing.

>Kevin Tate
>W. Kelly Johnson
>Caleb Newman
>Assistant Federal Defenders
>Suite 300
>129 West Trade Street, Ste. 300
>Charlotte, North Carolina 28202
>Kevin_Tate@fd.org
>W_Kelly_Johnson@fd.org
>Caleb_Newman@fd.org
>
>*Counsel for Defendant Robert M. Boston*
>
>Sean P. Devereux
>Deveruex & Banzhoff, PLLC
>Suite 1100
>The Jackson Building
>Asheville, North Carolina 28801
>sdevereux@dblawoffices.com
>
>*Counsel for Defendant Robert S. LaBarge*

>>*/s/ Daniel Ryan*
>>Attorney for the United States