## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:17cr114 |
|---|---|---|
| | ) | |
| | ) | GOVERNMENT'S EXHIBIT LIST |
| v. | ) | |
| | ) | |
| (1) ROBERT BOSTON | ) | |
| | ) | |

NOW COMES the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina and files its exhibit list in this case. The government reserves the right to add additional exhibits other than those listed herein as may be referred to in the government's case file or as they may come to the attention of the government subsequent to the preparation of this list. The government further reserves the right to withdraw any exhibits listed herein at trial or prior thereto.

| EXH | DESCRIPTION & REMARKS | ID | Rec | Witness |
|---|---|---|---|---|
| 1 | NC-T5 Termination & Share Offer Documents | | | |
| 2 | NC-T5 Termination & Subscription Agreement | | | |
| 3 | NC-T5 FDD | | | |
| 4 | Brisben Franchise Termination Agreement | | | |
| 5 | Brisben Franchise Termination Letter | | | |
| 6 | Complaint and Affidavit of Confessed Judgment, SECU v. D.B. Concrete (Md. Circuit Ct., Howard County) | | | |
| 7 | Judgment by Confession, SECU v. D.B. Concrete (Md. Circuit Ct., Howard County) | | | |
| 8 | Motion to Vacate Judgment by Confession, SECU v. D.B. Concrete (Md. Circuit Ct., Howard County) | | | |
| 9 | Confessed Judgment for $917,275.14, Miller v. Boston (Md. Circuit Ct., Baltimore County) | | | |
| 10 | Involuntary Petition, In re: D.B. Concrete (Bankr. Md.) | | | |

| EXH | DESCRIPTION & REMARKS | ID | Rec | Witness |
|---|---|---|---|---|
| 11 | Adversary Complaint Against Robert Boston, In re: D.B. Concrete Construction, Inc. (Bankr. Md.) | | | |
| 12 | Chapter 7 Voluntary Petition and SOFA, In re: Robert M. Boston (Bankr. Md.) | | | |
| 13 | Adversary Complaint Against Robert Boston, In re: Robert M. Boston (Bankr. Md.) | | | |
| 14 | Consent Order, In re: Robert M. Boston (Bankr. Md.) | | | |
| 15 | Final Decree, In re: Robert M. Boston (Bankr. Md.) | | | |
| 16 | Verified Complaint, Forbes v. Boston (Iredell Cty. Sup. Ct.) | | | |
| 17 | Default Judgment, Forbes v. Boston (Iredell Cty. Sup. Ct.) | | | |
| 18 | Original Petition, MADD v. Sponsormonsters.com (Dallas Cty., TX Dist. Ct.) | | | |
| 19 | Certification of Service, MADD v. Sponsormonsters.com (Dallas Cty., TX Dist. Ct.) | | | |
| 20 | EZ Holdings Formation Documents | | | |
| 21 | First Amended Petition, MADD v. Sponsormonsters.com (Dallas Cty., TX Dist. Ct.) | | | |
| 22 | Judgment, MADD v. Sponsormonsters.com (Dallas Cty. TX Dist. Ct.) | | | |
| 23 | Newman-LaBarge Engagement Letter | | | |
| 24 | Newman-LaBarge Email - Items 2, 3, and 4 Disclosures | | | |
| 25 | Boston-LaBarge Email - It Is My Decision How I Want to Move Forward | | | |
| 26 | LaBarge-Newman Email - We Will Not Be Disclosing Bob For A Myriad of Reasons | | | |
| 27 | Newman-LaBarge Email - PLEASE CALL ME | | | |
| 28 | Newman-LaBarge Email - Must Be Entirely Consistent with the Final FDD | | | |
| 29 | Zloop Formation Documents | | | |
| 30 | LaBarge-Janes Email - Franchise Press Release | | | |

| EXH | DESCRIPTION & REMARKS | ID | Rec | Witness |
|---|---|---|---|---|
| 31 | Newman-LaBarge Email - Attached Is What I Hope is the Final Draft of the FDD | | | |
| 32 | Newman-LaBarge Email - Cannot Take Money From Anyone Until the 15th Day After They Received the FDD | | | |
| 33 | Franchise Disclosure Document - Mosing | | | |
| 34 | Boston-Janes Email - The Profits Are Staggering | | | |
| 35 | Franchise Disclosure Document - Chambers | | | |
| 35A | Scanning Email for Exh. 35 | | | |
| 36 | Franchise Disclosure Document - Mosing | | | |
| 36A | Scanning Email for Exh. 36 | | | |
| 37 | Aquesta (Mosing $2,989,179) | | | |
| 38 | LaBarge Highline Time Appraisal | | | |
| 39 | Zloop-Boston Shareholder Loan Agreement 1 | | | |
| 40 | Carolina Trademark Trust Formation Documents | | | |
| 41 | Trademark #2000 HUD1 | | | |
| 42 | Boston-LaBarge Email - $$$ Needs This Week | | | |
| 43 | LaBarge-Diamond Family Trust Formation Documents | | | |
| 44 | LaBarge-Jarrett Email: FDD Revised Item 4 | | | |
| 45 | LaBarge-Marian Email: Subtract $580,800 | | | |
| 46 | LaBarge-Marian Email: Total Expenditures | | | |
| 47 | Lake Conway Trust Formation Documents | | | |
| 48 | Mosing-Zloop 2012 Promissory Note | | | |
| 49 | LaBarge-Mosing Email: Wiring Instructions | | | |
| 50 | Aquesta (Mosing $1,700,000) | | | |
| 51 | Zloop-LaBarge Shareholder Loan Agreement | | | |
| 52 | LaBarge-Janes Email - Your 1% | | | |
| 53 | Katz-LaBarge Email - Our Most Urgent Need is For Capital | | | |
| 54 | $79,535.01 Check to Hendrick BMW | | | |
| 55 | Aquesta (Mosing $1,800,000) | | | |

| EXH | DESCRIPTION & REMARKS | ID | Rec | Witness |
|---|---|---|---|---|
| 56 | Zloop-Boston Shareholder Loan Agreement 2 | | | |
| 57 | Katz-Donaldson Email - Attaching Draft PPM 1/14 | | | |
| 58 | Boston-LaBarge Email - Check Detail | | | |
| 59 | Katz-LaBarge Email - Attaching 1st Draft of MW PPM | | | |
| 59A | GoDaddy 902(11) Certification | | | |
| 59B | GoDaddy 902(13) Certification | | | |
| 60 | Boston-Janes Email - Attaching Draft PPM 1/25 | | | |
| 61 | LaBarge-James Email - Dell Went Fantastic | | | |
| 62 | Katz-Donaldson Email - Attaching Draft PPM 2/4 | | | |
| 63 | Katz-LaBarge Email - Please Modify the Related Party and IP Sections | | | |
| 64 | LaBarge-Donaldson Email - Attaching Draft PPM 2/6 | | | |
| 65 | Capitalization Chart to Prior Exhibit | | | |
| 66 | NC-T5 $694,080 Note | | | |
| 67 | LaBarge-Donaldson Email - Attaching Draft PPM 2/13 | | | |
| 68 | Katz-LaBarge Email - Convert the $3.5M | | | |
| 69 | Tingley-Katz Email - Attaching Draft PPM 2/18 | | | |
| 70 | LaBarge-Donaldson Email - Attaching Draft PPM 2/20 | | | |
| 71 | Griffith-Donaldson Email - Deleted the Disclosure | | | |
| 72 | Griffith-Lewis Email - Blackline of PPM | | | |
| 73 | Griffith-Donaldson Email - Suggest Maintaining Description of Mosing's Unsecured Loan | | | |
| 74 | Donaldson-LaBarge Email - Suggest Maintaining Description of Mosing's Unsecured Loan | | | |
| 75 | Boston-Janes Email - $3.5 M Committed | | | |
| 76 | Katz-Routh Email - Secured Investment | | | |
| 77 | Boston-Janes Email - PPM FINAL Draft | | | |
| 78 | Gwin-LaBarge Email - Alternative Short Term Solution | | | |
| 79 | Katz-Routh Email - A Current Shareholder Is Going to Step Up | | | |

| EXH | DESCRIPTION & REMARKS | ID | Rec | Witness |
|---|---|---|---|---|
| 80 | Donaldson-LaBarge Email - This is A Material Term | | | |
| 81 | Boston-Janes Email - A Very Special Opportunity For You to Present to Kendall | | | |
| 82 | Boston Notarized Quaker Certificate | | | |
| 83 | Boston-LaBarge Email - Did You Change the GoDaddy Password? | | | |
| 84 | Boston-LaBarge Email - Leave It The Way It Is | | | |
| 85 | LaBarge-Routh Email - Spousal Salaries | | | |
| 86 | Boston-Janes Email - ZLOOP PPM FINAL MAR 09.pdf | | | |
| 87 | Janes-Quinn Email - ZLOOP PPM FINAL MAR 09.pdf | | | |
| 88 | Katz-Routh Email - ZLOOP PPM FINAL MAR 09.pdf | | | |
| 89 | Operative PPM | | | |
| 90 | Boston-Mosing Email - Raise $10M to Pay Back Mosing | | | |
| 91 | Boston-Miller Email - Rule 10b-9 | | | |
| 92 | Katz-Routh Email - Aquesta Bank PPM Wiring | | | |
| 93 | Routh-Katz Email - Please Wire $250,000 | | | |
| 94 | Katz-LaBarge Email - We Do Not Want to Violate Any Securities Laws | | | |
| 95 | Katz-LaBarge Email - You Did Not Uphold Your Committed Policy | | | |
| 96 | LaBarge-James Email - Fiduciary Duty to Our Franchisees | | | |
| 97 | Boston-LaBarge Email - Hopeful You Pull Off the TX Miracle | | | |
| 98 | Boston-Troutman Email - We Do Not Use Stamps | | | |
| 99 | Aquesta PPM Statement for Mar. 2013 | | | |
| 100 | Katz-LaBarge Email - Why Did We Transfer $300k to Venturini? | | | |
| 101 | LaBarge-Boston Email - PPM Order Book to Date | | | |
| 102 | Katz-Tingley Email - The Company Doesn't Have Any Debt | | | |
| 103 | Katz-LaBarge - Current Order Book | | | |
| 104 | Tinglay-Katz Email - PPM Redline | | | |

| EXH | DESCRIPTION & REMARKS | ID | Rec | Witness |
|---|---|---|---|---|
| 105 | Final Decree, In re: D.B. Concrete (Bankr. Md.) | | | |
| 106 | Katz-LaBarge Email - Just Doesn't Pass the Smell Test | | | |
| 107 | Katz-LaBarge Email - Investor Update | | | |
| 108 | Katz-Boston Email - Re: Investor Update | | | |
| 109 | Katz-LaBarge Email - Hail the Mary's | | | |
| 110 | Boston-Watson Email - We Have No Debt | | | |
| 111 | Janes-Boston Email - Inappropriate to Ask Kendell If He Could Pay? | | | |
| 112 | Donaldson-LaBarge Email - No Communications with Joel Katz | | | |
| 113 | Watson-LaBarge Email - Gwin-Katz Plan | | | |
| 114 | Donaldson-LaBarge Email - I Will No Longer Be Practicing With McGuireWoods | | | |
| 115 | Routh-LaBarge Email - Intent to Withdraw | | | |
| 116 | Griffith-LaBarge Email - Exposure to Civil, Even Criminal, Actions | | | |
| 117 | LaBarge-Boston Email - Having Calls Without Me Being Involved Is A Waist of Time and Money | | | |
| 118 | LaBarge-Griffith Email - Be Judicious and Mindful of Billable Hours | | | |
| 119 | Griffith-LaBarge Email - Circulate Revised PPM As Soon As Reasonably Possible | | | |
| 120 | Watson-Jacobi Email - Leadership Summit Schedule | | | |
| 121 | Zloop-Venturini 2013 Agreement | | | |
| 122 | Griffith-LaBarge Email - Must Issue Revised PPM or Withdraw | | | |
| 123 | Boston-Janes Email - We Need Capital | | | |
| 124 | Schubert Transaction Download | | | |
| 125 | Boston-Janes Email - This Is Going to Be Our Last Day | | | |
| 126 | Watson-LaBarge Email - Controls | | | |
| 127 | Boston-Janes Email - Things Are Coming Unraveled | | | |
| 128 | Watson-LaBarge Email - Resignation | | | |

| EXH | DESCRIPTION & REMARKS | ID | Rec | Witness |
|---|---|---|---|---|
| 129 | Redding-Boston Email - Request for Reimbursement | | | |
| 130 | Limmer-Boston Email - Request for Return of Investment | | | |
| 131 | LaBarge-Johnson Email - Mosing at 1% | | | |
| 132 | Boston-LaBarge Email - I'm Not As Dumb As I Look | | | |
| 133 | Zloop Balance Sheet as of Aug. 9, 2013 | | | |
| 134 | Venturini Motor Sports Check ($253,138.45) | | | |
| 135 | Kentucky Raceway Check ($60,000) | | | |
| 136 | Boston-Mosing Email - 5.1 Million Is A Lot of Money to Turn Down | | | |
| 137 | LaBarge-Boston Email - I Have Committed Us to A Discounted Rate of $4,750,000 | | | |
| 138 | Harmon-Boston Email - Securities Regulators Have Broad Powers to Impose Criminal Penalties | | | |
| 139 | Boston-Janes Email - I've Been Putting Off Priester and Bueley's Lawyer | | | |
| 140 | Venturini Motor Sports Check ($125,000) | | | |
| 141 | Boston-Janes Email - They Are Kissing A** | | | |
| 142 | Harmon-LaBarge Email - Everyone Seems Calm | | | |
| 143 | LaBarge-Janes Email - Bob B Told Me To Forward This | | | |
| 144 | Janes-Boston Email - 3 Promissory Notes | | | |
| 145 | Zloop-Mosing Promissory Note | | | |
| 146 | Zloop-Mosing Mutual Agreement - TX Franchises | | | |
| 147 | Boston-Janes Email - UCC1 Filing | | | |
| 148 | Mosing "Subscription Agreements" (with scanning email) | | | |
| 149 | Boston-Janes Email - Final Revised Term Sheet | | | |
| 150 | Daniels-LaBarge Email - Ready to Take Some Trial Loads? | | | |
| 151 | LaBarge-Boston Email - Ready to Take Some Trial Loads? | | | |
| 152 | Boston-Janes Email - Ready to Take Some Trailer Loads? | | | |
| 153 | Boston-Janes Email - Tomorrow Our Legal Fees Are Going to Be Staggering | | | |

| EXH | DESCRIPTION & REMARKS | ID | Rec | Witness |
|---|---|---|---|---|
| 154 | LaBarge-Katz Email - Rich, Sweet, and Dumb As A Rock | | | |
| 155 | LaBarge-Janes Email - Trying My Best to Fend Off Litigation | | | |
| 156 | LaBarge-Troutman Email - Wire to Parker Poe | | | |
| 157 | Check to Marquis Jet ($3,811.30) | | | |
| 158 | Check to Levy Restaurants ($4,388.62) | | | |
| 159 | LaBarge-Boston Email - Attached Are Confirmations of the Seven Wires | | | |
| 160 | Hooch House Formation Docs | | | |
| 161 | LaBarge-Crosby Email - Boston and Myself Have Closed Every Single Franchise | | | |
| 162 | LaBarge-Secrist Email - Won't This UCC1 Filing Hurt Zloop? | | | |
| 163 | Bristol Sponsorship Agreement | | | |
| 164 | Boston-Janes Email - We Have Never Raised What We Have Needed | | | |
| 165 | Boston-Janes Email - FW: We Have Never Raised What We Have Needed | | | |
| 166 | LaBarge-Janes Email - Per Bob Boston, Attached | | | |
| 167 | UCC1 Metadata | | | |
| 168 | Zloop-Panthers Suite Agreement | | | |
| 169 | Patriot Bank Initial Loan Documents | | | |
| 170 | Boston-Holmes Email - We Need to Order the Equipment Tomorrow | | | |
| 171 | Venturini Motor Sports Check ($371,000.00) | | | |
| 172 | Troutman-Boston Email - Corvette Wire Confirmation | | | |
| 173 | Boston-LaBarge Email - Interior Looks BAD A**! | | | |
| 174 | Lovern-Boston Email - King Air | | | |
| 175 | Lovern-Boston Email - King Air Purchase Agreement | | | |
| 176 | Troutman-Boston Email - King Air Wire | | | |
| 177 | Carolina Panthers Check ($21,750) | | | |
| 178 | Venturini Motor Sports Check ($100,000) | | | |

| EXH | DESCRIPTION & REMARKS | ID | Rec | Witness |
|---|---|---|---|---|
| 179 | Zloop Transaction Report | | | |
| 180 | Boston-Mosing Letter Regarding Prior Loans | | | |
| 181 | Janes-Boston Email - Note Regarding UCC Security Interest | | | |
| 182 | LaBarge-Janes Email - Subscription Agreements | | | |
| 183 | Newman-Secrist Memo | | | |
| 184 | Holmes-Boston Email - Wire $490,000 to Community | | | |
| 185 | Venturini Motor Sports Check ($150,000) | | | |
| 186 | Boston-Janes Email - Raise Our LOC Another $8M to Accomplish the Following | | | |
| 187 | James-Boston Email - You Told Us We Could Pull Out Part of Our Investment | | | |
| 188 | Boston-Janes Email - We Believe We Can Raise the New Capital | | | |
| 189 | Armutcuoglu-Boston - We Believe If We Can Raise the New Capital | | | |
| 190 | Patriot Bank Extension Loan Documents | | | |
| 191 | Blanchard Check ($43,429) | | | |
| 192 | Venturini Motor Sports Check ($250,000) | | | |
| 193 | Troutman-Boston Email - The Wire Is Here | | | |
| 194 | Carolina Panthers Check ($79,808) | | | |
| 195 | Kentucky Raceway Check ($65,000) | | | |
| 196 | Joe Gibbs Racing Check ($170,000) | | | |
| 197 | Bristol Motor Speedway Check ($125,000) | | | |
| 198 | Zloop-Bristol Motor Speedway Agreement | | | |
| 199 | Carolina Panthers Check ($21,750) | | | |
| 200 | Boston-Holmes Email - Our Agreement And Line of Credit Is With Kendell Mosing | | | |
| 201 | Janes-Boston Email - Tortuous Interference | | | |
| 202 | Pocono Raceway Check ($35,535) | | | |
| 203 | Boston-Holmes Email - Wire Available Balance | | | |
| 204 | Venturini Motor Sports Check ($100,000) | | | |

| EXH | DESCRIPTION & REMARKS | ID | Rec | Witness |
|---|---|---|---|---|
| 205 | Boston-Cross Email - I Spend 5 Million a Year So My Son Can Play Race Car Driver | | | |
| 206 | Janes-LaBarge Email - Why Kendall Is Not Listed As a Secured Party | | | |
| 207 | Boston-Janes Email - You Have Broken More Rules of Conduct Then Anyone I Have Ever Met | | | |
| 208 | Boston email -- Sale of Rolexes | | | |
| 209 | C. Boston email to Community One -- transfer of portion of proceeds from wire from Highline Time | | | |
| 209A | Community One Emails 902(11) | | | |
| 210 | Boston-LaBarge Email - F*** Her We Have Until December | | | |
| 211 | Boston-LaBarge Email - Nothing Is Getting Paid Until After Friends and Family | | | |
| 212 | Boston-Harmon Email - The Only Debt the Company Has Is Kendell | | | |
| 213 | Friends & Family Information Sheets | | | |
| 214 | KBM Nov. 11, 2014 contract | | | |
| 215 | Boudreaux-LaBarge Email - We Understood That Neither of You Had Any Involvement In Preparing Or Sending the UCC1 | | | |
| 216 | Boudreaux-LaBarge Email - We Would Like to Follow Up On Our Request For More Information Regarding the UUC1 | | | |
| 217 | LaBarge Check ($102,855) | | | |
| 218 | Diamond Check ($80,000) | | | |
| 219 | Hickory Commercial Check ($160,000) | | | |
| 220 | Zloop General Ledger through Aug. 9, 2015 | | | |
| 221 | Boston-LaBarge Email - [Expletive] You Money | | | |
| 222 | LaBarge-Carpenter Email - That Completes All Written Communications | | | |
| 223 | Brown-LaBarge Email - I Have No Idea | | | |
| 224 | Brown-LaBarge Email - We Moved $160,000 to Hickory Commercial's Bank Account for Safe Keeping | | | |

| EXH | DESCRIPTION & REMARKS | ID | Rec | Witness |
|---|---|---|---|---|
| 225 | Aquesta Bank Documents (Zloop) | | | |
| 225A | Aquesta Bank 902(11) Certification | | | |
| 225B | Aquesta Zloop October 2012 | | | |
| 225C | Aquesta Zloop November 2012 | | | |
| 225D | Aquesta Zloop January 2013 | | | |
| 225E | Aquesta Bank Signature Cards, Zloop LLC, xxx0255, xxx4294 | | | |
| 226 | Bank of America Documents (Bridge Properties, Fence-It) | | | |
| 227 | BB&T Documents (Labarge, Justin Boston, Justin Boston Racing, LLC) | | | |
| 227A | BB&T 902(11) Certifications | | | |
| 227B | BB&T Signature Card, Zloop LLC, xxx6238, xxx6246 | | | |
| 228 | FDIC Certification for Patriot Bank | | | |
| 229 | First Citizens Bank (Zloop) | | | |
| 230 | Patriot Bank (Zloop) | | | |
| 230A | Green Bank 902(11) | | | |
| 230B | Patriot Bank Signature Card, Zloop, LLC, xxx1994 | | | |
| 231 | Peoples Bank (Hickory Commercial) | | | |
| 232 | PNC Bank (The Hooch House) | | | |
| 233 | Community One (Zloop) | | | |
| 233A | Community One 902(11) Certification | | | |
| 233B | Carolina Trademark Trust 7/31/15 Statement | | | |
| 233C | ZLOOP Marketing Statement 7/13/13 | | | |
| 233D | Community One Bank Signature Cards, Zloop LLC, xxx2959, xxx2967, xxx2975, xxx2983; Zloop, Inc., xxx8170, xxx8188, xxx9843 | | | |
| 233E | Community One Zloop July 2015 | | | |
| 234 | SRS Title | | | |
| 234A | SRS Title 902(11) Certifications | | | |
| 234B | Lake Conway Trust HUD | | | |
| 235 | Thomas & Godley | | | |

| EXH | DESCRIPTION & REMARKS | ID | Rec | Witness |
|---|---|---|---|---|
| 235A | Thomas & Godley 902(11) Certification | | | |
| 235B | Thomas & Godley Carolina Trademark Trust Documents | | | |
| 235C | Thomas & Godley Lake Hickory HUD-1 | | | |
| 235D | Thomas & Godley Ledger | | | |
| 235E | Thomas & Godley 8102 Evanston Falls Ledger | | | |
| 236 | Total Title | | | |
| 236A | Total Title 902(11) Certifications | | | |
| 236B | Lake Conway Closing Documents | | | |
| 237 | Trustco Bank (Robert and Caron Boston) | | | |
| 237A | Trustco Bank 902(11) Certification | | | |
| 238 | Wells Fargo (Robert and Caron Boston) | | | |
| 238A | Wells Fargo (Bostons) 902(11) Certification | | | |
| 239 | Wells Fargo (Zloop) | | | |
| 239A | Wells Fargo (Zloop) 902(11) Certification | | | |
| 240 | Wood Forest National Bank (Caron Boston) | | | |
| 240A | Wood Forest 902(11) Certification | | | |
| 241 | Federal Register 16 CFR 436 and 437 | | | |
| 242 | Aquesta FDIC Certification | | | |
| 243 | Mosing Termination Agreement | | | |
| 244 | Janes-Holmes Email - Increase Line of Credit | | | |
| 245 | Katz Termination Letter | | | |
| 246 | Katz-Boston Email - Zloop PPM Draft 1/25 | | | |
| 247 | Boston-LaBarge Email - Debt-Free | | | |
| 248 | Watson-Boston Email - Balancing the Ck Book | | | |
| 249 | Watson-Boston Email - E-mail Set-Up | | | |
| 250 | LaBarge-Watson Email - Governance Draft | | | |
| 251 | Watson-LaBarge Email - Required We Have Some Language In the Update That Frames the 'Governance and Controls' | | | |

| EXH | DESCRIPTION & REMARKS | ID | Rec | Witness |
|---|---|---|---|---|
| 252 | Watson-Boston Email - Forwarding Advice from Watson's Attorney (1) | | | |
| 253 | Watson-Boston Email - Forwarding Advice from Watson's Attorney (2) | | | |
| 254 | LaBarge-Katz Email - Re: Investor Update | | | |
| 255 | LaBarge-Zell Email - 6/6 Convertible Debt PPM | | | |
| 256 | Boston-LaBarge Email - I Am the Only One That Can Pull This Off | | | |
| 257 | LaBarge-Griffith Email - Termination Letter | | | |
| 258 | LaBarge-Firshein Email - 7/19 Convertible Debt PPM | | | |
| 259 | Watson-LaBarge Email - Until We Are Funded We Are Constrained Financially | | | |
| 260 | Mosing-Zloop Sept. 30, 2013 Promissory Note | | | |
| 261 | Janes-Schafran Email - If Funding Efforts Do Not Materialize, All Loans Revert to Former Status | | | |
| 262 | Temple-Clark Email - TX Franchises Terminated in Exchange for Zloop's Obligation to Pay Kendall ~$10 Million | | | |
| 263 | Clark-Temple Email - They Owe Kendall ~10m | | | |
| 264 | Janes-LaBarge Email - I Have Passed On the Message Of A Meeting Request | | | |
| 265 | King Air Aviation Marketing Group Pamphlet | | | |
| 266 | Venturini Motorsports Ltr. - Justin Boston Compensation | | | |
| 267 | Boston-Fuller Email - Having Jerry As the Crew Chief As Primary Motivation For Agreeing to This Deal | | | |
| 268 | Boston-LaBarge Email - QuickBooks Online Plus Data | | | |
| 269 | QuickBooks-LaBarge Email - Boston Has Invited You to Use Quickbooks | | | |
| 270 | Carolina Trademark Trust Sale HUD-1 | | | |
| 271 | Harvard Business Documents | | | |
| 271A | Harvard Business 902(11) | | | |
| 271B | Harvard Business - Lake Hickory | | | |

| EXH | DESCRIPTION & REMARKS | ID | Rec | Witness |
|---|---|---|---|---|
| 271C | Harvard Business - 8102 Evanston Falls Road | | | |
| 271D | Harvard Business - Lake Conway Trust | | | |
| 272 | Boston-Leeling Email - Blanchard Tracking Number | | | |
| 272A | Blanchard 902(11) Certification | | | |
| 273 | Leeling-Boston Email - 4 Gold Coins I Purchased Earlier This Year | | | |
| 274 | LaBarge Plea Agreement | | | |
| 275 | LaBarge-Watson Email – Attached Is The Escrow Agreement That MW and BB&T Drafted for Your/Our $1.5M…I Do Not Look Good In Stripes Either | | | |
| 276 | LaBarge-Janes Email – BTW: I Had Drinks With the CEO of Arrow | | | |
| 277 | Watson -Boston Email - You're the Check Cutter | | | |
| 278 | Rich-Williamson Email – They Want To Do a $300,000 Increase/Additional Advance to the Loan | | | |
| 279 | Burstein – LaBarge Email – Eagle Group Finance Closing Disbursement Statement ($1,700,876.88 overdeposit to borrower) | | | |
| 280 | Campos – Boston Email – Neneno did not write to me but call me this morning. Here is what he can do: Loan Amount: $1,000,000. | | | |
| 281 | Certified Copy of Bostons' 2012 Tax Return | | | |
| 282 | Certified Copy of Bostons' 2013 Tax Return | | | |
| 283 | Certified Copy of Bostons' 2014 Tax Return | | | |
| 284 | Payroll, Inc. Tax Records | | | |
| 284A | Payroll, Inc. 901(11) | | | |
| 285 | Janes-Schafran Email - Summary of ZLOOP LLC Holdings | | | |
| 286 | In Re: Zloop – Boston First Day Declaration (Certified Copy) | | | |
| 287 | In Re: Zloop – Boston 341 Hearing Transcript | | | |
| 288 | LaBarge-Griffith Email attaching Zloop PPM_FEB25.docx | | | |
| 289 | Zloop Offer To Repurchase Franchises 3/27/14 | | | |
| 290 | Woodforest Bank Caron Boston July 2015 | | | |
| 290A | Woodforest Bank 902(11) | | | |
| 291 | Chambers Franchise Conversion Sheets | | | |
| 292 | J & W Trading and Pawn Loan Documents | | | |

| EXH | DESCRIPTION & REMARKS | ID | Rec | Witness |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The government reserves the right to add additional exhibits than those listed herein as may be referred to in the government's case file or as they may come to the attention of the government subsequent to the preparation of this list. The government further reserves the right to withdraw any exhibits listed herein at trial or prior thereto.

Respectfully submitted this day, December 4, 2017.

R. ANDREW MURRAY
UNITED STATES ATTORNEY

//s// Taylor Phillips
Assistant United States Attorney
D.C. Bar Number 1016271
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, NC 28204
Telephone: (704) 344-6222
Fax: (704) 344-6629
E-mail: Taylor.Phillips@usdoj.gov

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 4 December 2017, the foregoing was duly served upon counsel for the defendants by electronic notification from the Court using the CM/ECF System which will transmit notification of such filing to all Counsel of Record, including:

Kevin Tate at Kevin_Tate@fd.org
Caleb Newman at Caleb_Newman@fd.org
W. Kelly Johnson at W_Kelly_Johnson@fd.org

//s//Taylor Phillips

Assistant United States Attorney