IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cr-114

UNITED STATES OF AMERICA )
)
vs. ) **VERDICT FORM**
)
ROBERT S. BOSTON )

FILED
CHARLOTTE, NC
DEC - 8 2017
US District Court
Western District of NC

1. As to Count One, charging the defendant with conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349, we, the jury, unanimously find the defendant:

    Guilty: ✓    Not Guilty: _____

2. As to Count Two, charging the defendant with wire fraud, in violation of 18 U.S.C. § 1343, we, the jury, unanimously find the defendant:

    Guilty: ✓    Not Guilty: _____

3. As to Count Three, charging the defendant with securities fraud, in violation of 15 U.S.C. § 78j and 78ff, we, the jury, unanimously find the defendant:

    Guilty: ✓    Not Guilty: _____

Final 1.0 Page 1

Case 3:17-cr-00114-RJC-DSC   Document 71   Filed 12/08/17   Page 1 of 2

4. As to Count Four, charging the defendant with conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h), we, the jury, unanimously find the defendant:

Guilty: ✓   Not Guilty: _____

Signed: ███████

Dated: 12/7/17